JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **BALBOA CAPITAL CORPORATION,** <br><br> Plaintiff, <br><br> v. <br><br> **RC LAWNCARE INC. and RODNEY LORENZA CLAYTOR,** <br><br> Defendants. | Case No.: SACV 23-01184-CJC (SSCx) <br><br> **JUDGMENT** |

In this case, Plaintiff Balboa Capital Corporation ("Balboa") alleged that Defendant RC Lawncare, Inc. ("RC") defaulted on a loan and Defendant Rodney Lorenza Claytor failed to fulfill his obligations as guarantor of RC's debt. (Dkt. 1 [Complaint].) The Court granted Balboa's application for default judgment. Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Balboa and against RC and Claytor, jointly and severally, in the total amount of **$120,317.97**, which represents: (1) the

principal amount owed of $107,228.05, (2) attorney fees in the amount of $5,744.56, (3) costs in the amount of $1,792.54, and (4) $5,552.82 in prejudgment interest.

DATED: November 6, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL